**Joyce HOUSDEN, an individual, Plaintiff—Appellant,**

v.

**UNITED STATES of America, Defendant—Appellee.**

No. 00–35350.

D.C. No. CV–99–00059–AAM.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 17, 2001.*

Decided Oct. 24, 2001.

Before FARRIS, KLEINFELD, and GOULD, Circuit Judges.

MEMORANDUM **

We review the district court's grant of summary judgment *de novo*. *Clicks Billiards Inc. v. Sixshooters, Inc.*, 251 F.3d 1252, 1257 (9th Cir.2001). Ms. Housden did not present evidence sufficient to raise

---

an issue of material fact regarding the existence of or the government's knowledge of a dangerous condition. *Kangley v. United States,* 788 F.3d 533, 534 (9th Cir. 1986); *Brant v. Market Basket Stores,* 72 Wash.2d 446, 433 P.2d 863, 867 (Wash. 1967); *Merrick v. Sears Roebuck & Co.,* 67 Wash.2d 426, 407 P.2d 960, 962 (Wash. 1965). Nor did she present any evidence that the government failed to impose safeguards or issue warnings "reasonably necessary for [her] protection under the circumstances." *Iwai v. State,* 129 Wash.2d 84, 915 P.2d 1089, 1094 (Wash.1996). The district court judgment is

AFFIRMED.

---

* Because we unanimously find this case suitable for decision without oral argument, we deny Ybarra's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.